```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
```

DELAILAH LORENZI,

     Plaintiff,

v.                          Case No.  8:15-cv-1733-T-33JSS

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.
_____/

## ORDER

This matter comes before the Court sua sponte.  This matter is hereby transferred, with his consent, to the Honorable James S. Moody, Jr., United States District Judge, for all further proceedings.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

The Clerk is directed to reassign this case to Judge Moody, with his consent, for all further proceedings.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 5th day of October, 2015.

                                          VIRGINIA M. HERNANDEZ COVINGTON
                                          UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of Record